Kristin A. Schuler-Hintz, Esq. SBN 7171
Christopher K. Lezak, Esq. SBN 11185
**McCarthy & Holthus, LLP**
9510 West Sahara Avenue, Suite 110
Las Vegas, NV  89117
Phone (877) 369-6122
Fax (866) 339-5691

Attorney for:
Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP, its assignees and/or successors, and the servicing agent Bank of America

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re | ) Case No.  11-20458-BAM |
| | ) |
| Joshua D. Kerns, | ) Chapter 13 |
| Debtor. | ) |
| | ) **OPPOSITION TO DEBTOR'S MOTION** |
| | ) **TO VALUE COLLATERAL** |
| | ) |
| | ) **Hearing:** |
| | ) Date:   12/8/2011 |
| | ) Time:   3:15 p.m. |
| | ) Ctrm:   1 |
| | ) Place:  300 Las Vegas Blvd., South |
| | )             Las Vegas, NV 89101 |

BANK OF AMERICA, its assignees and/or successors, "Respondent" in the above-entitled Bankruptcy proceeding, hereby submits the following Opposition to Motion to Vlaue Collateral proposed by Debtor, Joshua D. Kerns.

**STATEMENT OF FACTS**

1. This objecting Respondent holds a Promissory Note, which is secured by a First Deed of Trust on the subject property commonly known as 5426 Spencer Street, Las Vegas, NV 89119 ("Property").

2. On 10/25/2011, the Debtor filed a motion to value the Property at $72,033.00, and to "strip off" the lien of Bank of America, which is identified by an account number ending in 3140.

3. The Debtor states that this account is the first deed of trust, in the amount of $216,000.00, and also states that it is wholly unsecured, in spite of the Property's value of $72,033.00.

4. Bank of America holds both a first, with account ending in 3148, and a second deed of trust on the Property.

5. Therefore, the Debtor's motion appears to suffer from at least two typographical errors, which Bank of America wishes to clarify. First, Bank of America's lien ending in number 3148 should be properly identified. Second, it should not be called "wholly unsecured." Third, it should not be stripped.

## CONCLUSION

Accordingly, Bank of America respectfully requests that this motion be denied, or alternatively, that the motion be continued and the Debtor be required to amend the motion to correct the above-referenced errors.

Respectfully submitted,

Dated: 12/2/2011   McCarthy & Holthus, LLP

By: /s/ Christopher K. Lezak, Esq.
Christopher K. Lezak, Esq.
Attorney for Respondent
Bank of America

**CERTIFICATE OF SERVICE**

On 12/7/2011, I served the foregoing documents described as **RESPONSE TO MOTION TO VALUE COLLATERAL** on the following individuals by electronic means through the Court's ECF program

**DEBTOR(S) COUNSEL**
George Haines
ghaines@hainesandkrieger.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Donald Byrn
Donald Byrn

On 12/6/2011, I served the foregoing documents described as **RESPONSE TO MOTION TO VALUE COLLATERAL** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

**DEBTOR(S)**
Joshua D. Kerns, 5426 Spencer Street, Las Vegas, NV 89119

**JUDGE'S COPY**
The Honorable Judge, Bruce A. Markell, United States Bankruptcy Court - Southern Division, Foley Federal Building, United States Courthouse, 300 Las Vegas Boulevard South, Las Vegas, NV, 89101

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ David Fry
David Fry