Case No:   11-20458-led

# UNITED STATES BANKRUPTCY COURT

DISTRICT Of   **NEVADA**

**LAS VEGAS**   Division

In re:   **JOSHUA D KERNS**    Case No:   **11-20458-led**

Chapter:   **13**

Property Address   **5426 SPENCER STREET  LAS VEGAS, NV 89119**

Last four digits of any number you use to identify the debtor's account:   **3148**

Court Claim No. (if known

## STATEMENT IN RESPONSE TO NOTICE OF FINAL CURE PAYMENT

As contemplated by Fed. R. Bankr. Proc. 30
**BANK OF AMERICA, N.A.**

("Creditor")   hereby responds to that certain Notice of Final Cure Payment ("Cure Notice") dated **1/13/2015** and filed as Docket N **72**

### Pre-Petition Default Payments    Applicable option is checked.

☑ Agrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's

☐ Disagrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim and states that the total amount due to cure pre-petition arrears is:

Total Amount Due:   **$0.00**

Attached as Schedule of Amounts Outstanding on Prepetition Claim is an itemized account of the pre-petition amounts that remain unpaid as of the date of this statement.

### Post-Petition Default Payments    Applicable option is checked.

☐ Agrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5) of the Bankruptcy Code.

☑ Disagrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5), and states that the total amount due to cure post-petition arrears is:

Total Amount Due:   **$980.02**

Attached as Schedule of Amounts Outstanding Post-Petition Claim is an itemized account of the post-petition amounts that remain unpaid as of the date of the Cure Notice. The amounts outstanding identified on the Schedule do not reflect amounts that became or may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filing, or prosecution of this statement.

The amounts due identified on this statement may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice. In addition, the amounts due may include payments reflected on the NDC but which have not yet been received and/or processed by Creditor.

The person completing this statement must sign it. Sign and print your name and your title (if any), and state your address and telephone number if different from the Notice address on the proof of claim to which this Supplement applies:

Check the appropriate box

☐ I am the Creditor          ☒ I am the Creditor's authorized agent.

I declare under penalty of perjury that the information provided in this Statement in Response to Notice of Final Cure Payment is true and correct to the best of my knowledge, information and reasonable belief.

Print Name:     Gregory L. Wilde, Esq.
Title           Attorney for Creditor
Company         Tiffany & Bosco, P.A., 15-70694         /s/Gregory L. Wilde, Esq      ⌐41552          February 2, 2015
Address and telephone number (if different from notice address     Gregory L. Wilde, Esq.                    (Date)
above):
212 South Jones Blvd
Las Vegas, NV 89107

Telephone number: 702-258-8200      email: pocnotifications@tblaw.com

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Case No:    11-20458-led

# UNITED STATES BANKRUPTCY COURT

## Schedule of Amounts Outstanding Pre-Petition Claim

| N/A | N/A | N/A |

Case No:    11-20458-led

# UNITED STATES BANKRUPTCY COURT

## Schedule of Amounts Outstanding Post-Petition Claim

| Fee Description | Fee Date | Fee Amount |
|---|---|---|
| 1 pymts @ 993.34 1/15 = | 1/13/2015 | $993.34 |
| Partial Balance @ $13.32 | 1/13/2015 | ($13.32) |

TOTAL DUE: $980.02

**TIFFANY & BOSCO, P.A**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
nvbk@tblaw.com

Bank of America, N.A.
15-70694

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In Re:

Joshua D. Kerns

Debtor.

BK-S-11-20458-led

Chapter 13

## CERTIFICATE OF MAILING

1. On February 2, 2015, I served the following documents(s):

   *STATEMENT IN RESPONSE TO NOTICE OF FINAL CURE PAYMENT*

2. I served the above-named document(s) by the following means to the persons as listed below:

   ■ a. ECF System

       George Haines
       ghaines@hainesandkrieger.com
       Attorney for Debtor

       Rick A. Yarnall
       ray13mail@LasVegas13.com
       Trustee

■ **b. United States mail, postage fully prepaid**

    Joshua D. Kerns
    5426 Spencer St.
    Las Vegas, NV  89119
    Debtor

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on *(date)*: February 2, 2015

/s/Nancy Nunez
SIGNATUREOFDECLARANT